UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

05 APR -4 AM 11:28

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U. S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

# NOTICE OF SETTING
### Before Judge S. Thomas Anderson, United States Magistrate Judge

April 4, 2005

RE:   03cr20021-3-Ma/And
      USA -v- Anthony V. Bolden (b)

Dear Sir/Madam:

An *Appointment of Counsel Hearing* has been **SET** before **Magistrate Judge S. Thomas Anderson, THURSDAY, APRIL 14, 2005** at **2:15 P.M. in Courtroom (M-3), 9th floor of the Federal Building, Memphis, Tennessee.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,

ROBERT R. DI TROLIO, CLERK

BY:   Wendy Warren, Case Manager
      901-495-1218

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 179 in case 2:03-CR-20021 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT