IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -8 PM 4: 15

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | NO.   03-20021 Ma/An |
| ANTHONY V. BOLDEN, | ) | |
| Defendant. | ) | |

### ORDER GRANTING MOTION FOR CONTINUANCE

Before the Court is the United States' Motion for Continuance of June 8, 2005 Hearing filed on June 6, 2005. For good cause shown, the Motion is **GRANTED**. The Court will issue a Notice of Setting to set a new time and place for the June 8, 2005 hearing.

**IT IS SO ORDERED.**



S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 08, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-9-05

1





# Notice of Distribution

This notice confirms a copy of the document docketed as number 191 in case 2:03-CR-20021 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT