IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C

2005 JUL 19 AM 11:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | |
| v. | ) | NO.   03-20021 Ma |
| ANTHONY V. BOLDEN, | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is Defendant's Ex Parte Motion for Leave to Appeal In Forma Pauperis filed on May 2, 2005. United States District Judge Samuel H. Mays, Jr. referred this matter to the Magistrate Judge for determination, and the Court held a hearing on this matter on July 6, 2005. For the reasons set forth below, the Motion is **GRANTED**.

Defendant filed an Ex Parte Motion asking the Court to allow him to proceed in forma pauperis on appeal with respect to all matters except the appointment of counsel.[1] For good cause shown, the Motion to Appeal In Forma Pauperis is **GRANTED**. The Clerk of the Court shall proceed with this appeal without the payment of any fees.

---

[1] At the hearing, Defendant's counsel Robert C. Brooks stated that he was unsure whether or not the family of Defendant would be able to pay his fees associated with this case; therefore, Mr. Brooks requested that the Court nevertheless appoint him to represent Defendant. The Court refused to appoint Mr. Brooks at the hearing and instructed Mr. Brooks that he was free to file a motion requesting that the Court appoint him as counsel for Defendant after he had discussed his retainer with the Defendant's family.

1

Pursuant to the Order of Reference, any objections to this Order shall be made in writing within ten days after service of this Order and shall set forth with particularity those portions of the Order objected to and the reasons for those objections.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 16, 2005

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 195 in case 2:03-CR-20021 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Mark S. McDaniel
LAW OFFICE OF MARK S. MCDANIEL
243 Exchange Avenue
Memphis, TN 38103

John Priest Pritchard
PRITCHARD LAW FIRM
243 Exchange Avenue
Memphis, TN 38105

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT